# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| **Jane Doe**, <br><br> *Plaintiff*, <br><br> v. <br><br> **University of Maryland Medical System Corporation,** *et al.*, <br><br> *Defendants*. | Case No. 1:23-cv-01572-SAG |

### PLAINTIFF'S MOTION TO CANCEL JUNE 13, 2023 HEARING ON PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff Jane Doe ("**Plaintiff**") respectfully requests that the Court cancel the June 13, 2023 hearing on Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (the "**Motion**"). In support thereof, Plaintiff states as follows:

1. On June 9, 2023, Plaintiff filed the Motion and requested that the Motion be set for hearing given the exigent circumstances. *See* ECF No. 4.

2. By letter order dated June 9, 2023 and letter order dated June 12, 2023, the Court set the Motion for hearing on Tuesday, June 13, 2023 at 11:00 a.m. before Chief United States District Judge James K. Bredar in courtroom 5A. *See* ECF Nos. 7, 10.

3. Pursuant to a consent order dated June 12, 2023, and entered by the Honorable Robert J. Thompson of the Circuit Court for Anne Arundel County, Maryland, Plaintiff respectfully submits that the June 13, 2023, hearing on Plaintiff's Motion is no longer necessary and hereby withdraws the request that the Motion be heard.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court enter an Order removing from its docket the June 13, 2023, hearing on Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 4).

DATE: June 12, 2023

Respectfully submitted,

*/s/ James R. Billings-Kang*
Michael W. McGraw (No. 17971)
COCHRAN & CHHABRA
116 B Cathedral Street
Annapolis, MD 21401
Tel: (410) 268-5515
Fax: (855) 822-0962
mike@cochranandchhabra.com

James Billings-Kang (No. 29826)
COZEN O'CONNOR
1200 19th Street NW, Suite 300
Washington, DC 20036
Tel: (202) 280-6483
Fax: (202) 640-5936
jbillings-kang@cozen.com

Steven N. Leitess (No. 05856)
Andrew C. White (No. 08821)
Todd W. Hesel (No. 21466)
Silverman Thompson Slutkin & White, LLC
400 E. Pratt Street, Suite 900
Baltimore, MD 21202
Tel: (410) 385-2225
Fax: (410) 547-2432
sleitess@silvermanthompson.com
awhite@silvermanthompson.com
thesel@silvermanthompson.com

*Counsel for Plaintiff*

LEGAL\64140696\2

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 12, 2023, a copy of the foregoing Motion to Cancel June 13, 2023 Hearing on Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, along with the accompanying proposed Order, and Certificate of Service, was served via first-class delivery and e-mail as follows:

Dena M. Terra, Esq.
Associate Counsel
University of Maryland Medical System
Office of General Counsel
900 Elkridge Landing Road
1 West, Suite 157
Linthicum Heights, MD 21090
Dena.Terra@umm.edu

Todd K. Mohink, Esq.
Law Offices of Todd K. Mohink, PA
7310 Richie Highway, Suite 910
Glen Burnie, MD 21061
Todd@MohinkLaw.com

*Counsel for Defendants*

By: */s/ James R. Billings-Kang*
James Billings-Kang